UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    - against -

ANDREW T. FRANZONE, and
FF FUND MANAGEMENT LLC,

           Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2021

NOTICE OF MOTION

ECF Case

No. 21 Civ. 3619 (CM)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Complaint in criminal case *United States v. Andrew Franzone*, 21 Mag. 4261 (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Audrey Strauss, United States Attorney for the Southern District of New York, Kiersten A. Fletcher, Assistant United States Attorney, of counsel, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure; and (ii) a full stay of discovery.

Dated: New York, New York
       June 11, 2021

**MEMO ENDORSED**

6/14/21

The motion of the Department of Justice for leave to intervene in this civil action for the limited purpose of seeking a stay of proceedings is granted, & the application for a stay is granted until 10 days after the jury delivers its verdict in the companion criminal case or the defendant enters a plea.

[signature: Colleen McMahon]

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: [signature]
Kiersten A. Fletcher
Assistant United States Attorney
Telephone: (212) 637-2238